

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-30,040-04**

**EX PARTE ANDRES MATA VENEGAS, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NO. 22608-B IN THE 3ᴿᴰ DISTRICT COURT FROM ANDERSON COUNTY**

*Per curiam.*

**ORDER**

Applicant was convicted of murder and sentenced to life imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Venegas v. State*, No. 12-92-00393-CR (Tex .App.—Tyler Nov. 30, 1994)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tᴇx. Cᴏᴅᴇ Cʀɪᴍ. Pʀᴏᴄ. art. 11.07.

After a review of the record, we find that Applicant's claims regarding actual innocence, cruel and unusual punishment, and the failure to turn over evidence are without merit. Therefore, we deny relief.

Applicant's claims challenging his conviction on the grounds of ineffective assistance of

counsel and a due process violation are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07 §4.

Delivered:   February 3, 2021

Do not publish